## MAY v. MELROSE S. PYROTECHNICS, INC.

[367 N.C. 205 (2013)]

| | |
|---|---|
| JANET MAY and CURTIS HILL, Co-Administrators of the estate of MARK CURTIS HILL<br>v.<br>MELROSE SOUTH PYROTECHNICS, INC., and OCRACOKE CIVIC & BUSINESS ASSOCIATION d/b/a OCRACOKE ISLAND CIVIC AND BUSINESS ASSOCIATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| JUDY B. BRAY, Administrator of the Estate of MELISSA ANNETTE SIMMONS<br>v.<br>EAST COAST PYROTECHNICS, INC., formerly known as MELROSE SOUTH PYROTECHNICS, INC. | )<br>)<br>)<br>)<br>)<br>) |
| KEVIN F. MACQUEEN, Administrator of the Estate of CHARLES NATHANIEL KIRKLAND, JR.<br>v.<br>EAST COAST PYROTECHNICS, INC., formerly known as MELROSE SOUTH PYROTECHNICS, INC. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| MARTEZ HOLLAND<br>v.<br>EAST COAST PYROTECHNICS, INC., formerly known as MELROSE SOUTH PYROTECHNICS, INC. | )<br>)<br>)<br>)<br>) |

Wayne County

No. 375PA13

## ORDER

Defendant's Petition for Writ of Certiorari is allowed for the limited purpose of remanding to the Court of Appeals for consideration of the merits:

By order of the Court in conference, this the 3rd of October 2013.

s/ Beasley, J.
For the Court